HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANDRES CABRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES CABRERA,<br><br>Defendant. | No. Cr. S 07-134-01 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, ANDRES CABRERA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 10, 2007 this Court sentenced Mr. Cabrera to a term of 121 months imprisonment;

3. His total offense level was 31, his criminal history category was II, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Mr. Cabrera was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Cabrera's total offense level has been reduced from 31 to 29, and his amended guideline range is 120 to 121 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Cabrera's term of imprisonment to a total term of 120 months.

Respectfully submitted,

| Dated:  May 15, 2015 | Dated:   May 15, 2015 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ANDRES CABRERA |

## ORDER

Although the parties have filed a stipulated motion for reduction of defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2), the court finds that it would trivialize the process and accomplish no substantial purpose to reduce a sentence of over ten years by simply one month. Defendant pled guilty to three counts of distribution of methamphetamine and one count of possession with intent to distribute methamphetamine. Only three months before the first drug transaction in this case, he was arrested on another drug charge. He still faces, as he did at the time of the original sentence, a minimum mandatory sentence of 10 years. Because he was deported from the United States on at least two prior occasions and returned to the United States to commit the offenses of conviction, it appears to the court that he will likely do so again and thus may pose a danger to the community upon his release.

For those reasons, although the court finds that Mr. Cabrera is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended

guideline range of 120 to 121 months, the court declines to exercise its discretion to reduce the sentence from a term of 121 months to a term of 120 months.

IT IS SO ORDERED.

Dated: May 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE